IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAUNETTA R. HOLT, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | NO. 4:19-cv-0564 |
| | § | |
| HOUSTON METHODIST | § | |
| SUGARLAND HOSPITAL, | § | |
|     *Defendant*. | § | |

# ORDER

Plaintiff has filed her fifth and sixth amended complaints, Docs. # 44, # 61, numerous motions of various types, Docs. # 33, # 34, # 39, # 41, # 42, # 46, # 52, # 48, # 49, # 50, # 66, # 67, # 68, # 69, # 70, # 71, # 75, # 76, and responses to motions Defendant has not filed, Docs. # 32, # 35, # 37, # 38, # 54, # 55, # 57. Defendant filed a motion to strike most of these filings and Plaintiff responded. Docs. # 56 & 57. Plaintiff's amended complaints do not comply with the Federal Rules of Civil Procedure, which require a party seeking a successive amendment to her complaint to obtain written consent of the opposing party or leave to amend from the Court. *See* FED. R. CIV. P. 15(a)(2). Plaintiff's various motions, proposed orders, and responses address matters not ripe for adjudication and are not well-founded.

It is therefore **ORDERED** that:

1. Defendant's motion to strike, Doc. # 56, is **GRANTED.**

2. The following filings are **STRICKEN:** Docs. # 32, # 33, # 34, # 35, # 37, # 39, # 41, # 42, # 43, # 44, #45, # 46, # 48, # 49, # 50, # 51, # 52, # 53, # 61, # 66, # 67, # 68, # 69, # 70, # 71, # 73, # 74, # 75, and # 76.

3. On or before October 1, 2019, the parties must submit a revised Joint Discovery/Case Management Plan.

4. An Initial Pretrial Conference is **SET** for **October 2, 2019 at 2:00 p.m.** in Courtroom No. 702. Both parties and counsel of record must appear at the Conference.

5. Plaintiff may **not** file any additional motions until after the Conference.

6. At the conference, the Court will set a deadline for final amendments to pleadings and no further amendments will be allowed.

Signed on September 25, 2019, at Houston, Texas.

_____
Dena Hanovice Palermo
United States Magistrate Judge