United States District Court
Southern District of Texas
**ENTERED**
September 26, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHAUNETTA R. HOLT, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | NO. 4:19-cv-0564 |
| | § | |
| HOUSTON METHODIST | § | |
| SUGARLAND HOSPITAL, | § | |
| *Defendant*. | § | |

## **ORDER**

On September 25, 2019, this Court entered an Order striking various filings of Plaintiff. Doc. #89. There are two additional motions that address matters not ripe for adjudication and are not well-founded. Docs. # 82 & 83.

It is therefore **ORDERED** that Docs. # 82 & 83 are **STRICKEN**.

As previously ordered, Plaintiff may **not** file any additional motions until after the Initial Pretrial Conference set for October 2, 2019 at 2:00 p.m.

Signed on September 26, 2019, at Houston, Texas.

_____
Dena Hanovice Palermo
United States Magistrate Judge